**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

United States of America,
                    Plaintiff                          Case No. 09-13997
                                                       Hon. Patrick J. Duggan

-v-

Karen L. Irvine Brown,
                    Defendant

_____

**ORDER PERMITTING SERVICE OF PROCESS BY SUBSTITUTED MEANS**
_____

        The plaintiff has filed a petition for an order permitting substituted service

of process and an affidavit by a process server reciting the unsuccessful

attempts at service of the summons and compliant.  The court finds that service

of process cannot reasonably be made in a manner set forth under Michigan law,

and that the substitute means requested reasonably are calculated to give the

defendant actual notice of the proceedings and an opportunity to be heard. *See*

Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1).

        Accordingly, it is ORDERED that the plaintiff's petition for order permitting

substitute service of process [dkt # 3] is GRANTED.

        It is ORDERED that the plaintiff may serve the defendant, Karen L. Irvine

Brown, with the summons and a copy of the complaint by:

        (A) Posting a copy thereof, along with a copy of this petition and order for

              substituted service of process, at the defendant's residence at: 18644

              Goddard, Detroit, Michigan 48234;

(B) Mailing a copy of the same by certified mail (return receipt requested)

to the defendant's residence noted above; and

(C) Mailing a copy of the same by first class mail to the defendant's

residence noted above

The plaintiff shall file a certificate confirming service as provided herein.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: December 23, 2009


I hereby certify that a copy of the foregoing document was served upon counsel of record on December 23, 2009, by electronic and/or ordinary mail.


s/Marilyn Orem
Case Manager